In the Matter of ALEXANDER L., an Infant. ANDREA L., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted November 12, 2013; decided January 16, 2014

Motion for leave to appeal dismissed upon the ground that the order, insofar as leave to appeal is sought, does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.